1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  WESTERN DISTRICT OF WASHINGTON
   AT SEATTLE
8
9  UNITED STATES OF AMERICA,  )  No. CR14-225-RSM
                              )
10            Plaintiff,       )
                              )
11       v.                    )  ORDER TO EXTEND THE
                              )  INDICTMENT DEADLINE
12 NOE PEREZ-REYES,            )
                              )
13            Defendant.       )
                              )

14    THE COURT has considered the unopposed motion to extend the indictment
15 deadline in this matter. It appears that it would be unreasonable to require the filing of
16 an indictment within the period required by statute because of the need for further case
17 evaluation prior to an indictment. Without an extension, counsel would be denied the
18 reasonable time necessary for effective preparation. The parties have consented to
19 entering an order extending the indictment deadline from on or about August 21 to
20 September 19, 2014.
21    THE COURT finds that justice is served by granting a continuance and that a
22 continuance outweighs the best interests of the public and the defendant in a speedy
23 indictment.
24    IT IS ORDERED that the date on or before an indictment must be filed is
25 extended to September 19, 2014.
26

ORDER TO EXTEND THE
INDICTMENT DEADLINE
(Noe Perez-Reyes, CR14-225-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1    IT IS FURTHER ORDERED that the period of delay from on or about August 21 to September 19, 2014, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DATED this 15th day of August 2014.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Peter Avenia*
Assistant Federal Public Defender
Attorney for Noe Perez-Reyes

ORDER TO EXTEND THE
INDICTMENT DEADLINE
(Noe Perez-Reyes, CR14-225-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**